December 29, 2006

Mr. Max Renea Hicks
Law Office of Max Renea Hicks
114 W. 7th Street, Suite 1250
Austin, TX 78701
Mr. James P. Allison
Allison Bass & Associates, L.L.P.
402 W. 12th St., A.O. Watson House
Austin, TX 78701

RE: Case Number: 02-1176
 Court of Appeals Number: 04-02-00164-CV
 Trial Court Number: M-99-002-CV-B

Style: HALLCO TEXAS, INC.
 v.
 MCMULLEN COUNTY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Green not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. William K. |
| |Hodgin |
| |Mr. Dan |
| |Crutchfield |